IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD COLLINS,

     Petitioner,                   No. CIV S-04-2049 MCE PAN P

     vs.

CALIFORNIA STATE GOVERNOR
ARNOLD SCHWARZENEGGER,
et al.,                               ORDER

     Respondents.

                                /

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's March 15, 2006 motion for appointment of counsel is granted.

        2. The Federal Defender is appointed to represent petitioner.

        3. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

1   4. Petitioner's counsel shall contact the Clerk's Office to make arrangements for
2 copies of documents in the file.
3   5. A status conference is set for August 3, 2006, at 11:00 a.m. in Courtroom 25.
4   5. All parties shall appear at the status conference by counsel.
5   6. Fourteen days prior to the conference, the parties shall file and serve status
6 reports which address the timing and order of the following matters:
7   a. Discovery and investigations;
8   b. Anticipated motions;
9   c. The need for and timing of an evidentiary hearing;
10   d. Enumeration and resolution of unexhausted claims; and
11   e. Possible future amendments to the pleadings.
12 The parties are advised that failure to timely file a status report may result in sanctions.
13 DATED: May 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
coll2049.110a