DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
GERALD COLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COLLINS, | No. CIV S-04-2049 MCE PAN |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA STATE GOVERNOR, ARNOLD SCHWARZENEGGER, et al., | |
| Respondents. | |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Catherine Campbell shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: May 25, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12
coll2049.sub