CATHERINE F. CAMPBELL, 65103
PO Box 4470
Fresno, CA 93744
Telephone (559) 498.8140
Facsimile (559) 221.0268

Attorney for Petitioner, Gerald Collins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COLLINS, | 2:04-cv-02049 MCE PAN P |
| Petitioner, | **ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS** |
| v. | |
| CALIFORNIA STATE GOVERNOR ARNOLD SCHWARZENEGGER, et al., | |
| Respondents. | |

GOOD CAUSE APPEARING THEREFORE, and with no opposition, petitioner's motion for an extension of time to file his opposition to respondents' motion to dismiss is hereby granted and the opposition is now due August 22, 2006.

DATED: July 31, 2006.

UNITED STATES MAGISTRATE JUDGE

/coll2049.ext2

Order Granting Petitioner's Motion for An Extension of Time
to File Opposition to Respondents' Motion to Dismiss
Collins v. California State Governor, 2:04-cv-02049 MCE PAN P                                                                1