IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD COLLINS,

      Petitioner,                        No. CIV S-04-2049 MCE PAN P

       vs.

CALIFORNIA STATE GOVERNOR
ARNOLD SCHWARZENEGGER,
et al.,                                   ORDER
       Respondents.

/

       Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Good cause appearing, IT IS HEREBY ORDERED that this matter is set for status conference on September 7, 2006, at 11:00 a.m. in Courtroom # 25.

DATED: August 28, 2006.

                             UNITED STATES MAGISTRATE JUDGE

14
coll2049.oah